Julie E. Hayashida (SBN 260278)
jhayashida@bhc.law
Sara M. Parker (SBN 238448)
sparker@bhc.law
BHC LAW GROUP LLP
5900 Hollis Street, Suite O
Emeryville, CA 94608
Telephone: (510) 658-3600
Facsimile: (510) 658-1151

Attorneys for Defendant
FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY

Erik E. Child, Esq. (SBN 195104)
echild@childjackson.com
THE LAW OFFICES OF CHILD & JACKSON
A Professional Law Corporation
101 Parkshore Drive, Suite205
Folsom, CA 95630
Telephone: (916) 932-2170
Facsimile: (916) 932-2171

Attorney for Plaintiffs
PATRICIA GRISMAN, DAVID GRIMSMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA GRIMSMAN; DAVID GRIMSMAN<br><br>Plaintiff,<br><br>vs.<br><br>FARMERS INSURANCE, and DOES 1 -50, Inclusive,<br><br>Defendant. | Case No.: 2:26-CV-00306-WBS-CKD<br><br>**STIPULATION AND ORDER RE MODIFICATION OF SUMMARY JUDGMENT BRIEFING SCHEDULE**<br><br>Action Filed: February 4, 2026<br>Trial Date: August 17, 2027 |

Plaintiffs PATRICIA GRIMSMAN and DAVID GRIMSMAN (collectively, "Grimsman") and Defendant FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY ("Farmers") (collectively, the "Parties"), by and through their respective counsel of record, hereby submit the following stipulation and proposed order pursuant

**BHC LAW GROUP** LLP
5900 Hollis Street
Suite O
Emeryville, CA
94608
T: 510-658-3600
F: 510-658-1151

to Local Rules 143(b) and 144. The stipulation and proposed order relate to the briefing schedule for Farmers' motions for summary judgment. *See* Dkt No. 10. No other extensions have been obtained by the Parties. As set forth below, this Stipulation seeks a good cause continuance for certain modifications to the briefing schedule, which will not impact the hearing date or any other case deadline and will allow the Parties additional time to enter into confidential settlement discussions.

**BRIEF JOINT STATEMENT**

Farmers filed it Motion for Summary Judgment or Alternatively, Motion for Partial Summary Judgment on September 2, 2026 ("MSJ") (Dkt No. 10). The hearing on Farmers' MSJ is on November 9, 2026. Pursuant to LR-230(c), Grimsmans' Opposition is due 14-days after the MSJ was filed on September 16, 2026. Pursuant to LR-230(d) and Farmers Reply is due on September 28, 2026, 10-days after Plaintiffs' Opposition (September 26, 2026, is the 10th date and is a Saturday). Under the Pre-Trial Scheduling Order (Dkt No. 9), trial is not until August 17, 2027, and the deadline to file motions is not until April 1, 2027.

The Parties are exploring early settlement of and agree that additional time is needed to conduct confidential settlement negotiations. The Parties agree, therefore, that a continuance of the current briefing schedule is warranted so that the Parties have sufficient time to discuss settlement without incurring additional litigation expense while doing so. Continuing the briefing schedule does not necessitate a continuance of the current November 9, 2026, hearing date as there is sufficient time to fully brief the MSJ well in advance of the current hearing date.

**STIPULATION AND REQUEST FOR RELIEF**

For the good cause reasons set forth above, the Parties, by and through their respective counsel of record, hereby stipulate, subject to Court's approval, as follows:

1. Grimsmans' Opposition to Farmers' MSJ shall be continued two weeks to September 30, 2026.

2. Farmers' Reply to Grimsmans' Opposition to Farmers' MSJ shall be continued two weeks to October 12, 2026.

3. The hearing on Farmers' MSJ shall remain unchanged and on calendar for

BHC LAW GROUP LLP
5900 Hollis Street
Suite O
Emeryville, CA
94608
510-658-3600

November 9, 2026.

4. All other deadlines ordered by the Court in its May 27, 2026, Pretrial Scheduling Order shall remain the same.

Stipulated To and Approved By

Dated: September 14, 2026

BHC LAW GROUP LLP

By:

*/s/ Sara M. Parker*
Julie E. Hayashida
Sara M. Parker
Attorneys for Defendant
FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY

Dated: September 14, 2026

THE LAW OFFICES OF CHILD & JACKSON

By:

*/s/ Erik E. Child*
Erik E. Child
Attorneys for Plaintiffs
PATRICIA GRIMSMAN, DAVID GRIMSMAN

**IT IS SO ORDERED.**

Dated: September 15, 2026

[signature]
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**BHC LAW GROUP** LLP

5900 Hollis Street
Suite O
Emeryville, CA 94608
510-658-3600