ERIK E. CHILD (SBN 195104)
CHILD & JACKSON, A Professional Law Corporation
101 Parkshore Drive, Suite 205
Folsom, CA 95630
Telephone: (916) 932-2170
Facsimile: (916) 932-2171
E-mail: echild@childjackson.com

Attorneys for Plaintiffs PATRICIA GRIMSMAN and DAVID GRIMSMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PATRICIA GRIMSMAN AND DAVID GRIMSMAN,

Plaintiffs,

vs.

FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, AND DOES 1 THROUGH 50, INCLUSIVE,

Defendants.

Case No. 2:26-cv-00306-WBS-CKD

**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**

Hon. William B. Shubb

The Court, having considered the Stipulation of Dismissal of Entire Action With Prejudice filed by Plaintiffs PATRICIA GRIMSMAN and DAVID GRIMSMAN and Defendant FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing, ORDERS as follows:

1. This action is DISMISSED in its entirety WITH PREJUDICE as to all parties and all claims, including as to DOES 1 through 50, inclusive.

2. Each party shall bear its own attorneys' fees and costs.

3. The hearing on Defendant's Motion for Summary Judgment (ECF No. 10), set for November 9, 2026, and all other dates and deadlines in this action are VACATED. Defendant's Motion for Summary Judgment (ECF No. 10) is DENIED AS MOOT.

4. The Clerk of Court is directed to close this case.

**IT IS SO ORDERED.**

Dated: October 14, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE